# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NORA REGINA HIROU | Case No. 8:12-cv-1451-ODW |
| Debtor. | Bankruptcy Case No. 8:10-bk-22617-CB |
| | **ORDER TO SHOW CAUSE RE LACK OF PROSECUTION** |

Under Federal Rule of Bankruptcy Procedure 8006, an appellant must file within 14 days after a notice of appeal, (1) a designation of items to be included in the record on appeal, and (2) a statement of issues to be presented. To the Court's knowledge, Appellant has not done this in this appeal. The Notice of Appeal was filed on September 5, 2012. (ECF No. 2.) The abovementioned documents were due by September 19, 2012.

Appellant is hereby **ORDERED TO SHOW CAUSE** in writing no later than January 31, 2013, why this appeal should not be dismissed for lack of prosecution and failure to comply with the applicable rules. No hearing will be held. Failure to timely respond to this order will result in dismissal of this appeal.

**IT IS SO ORDERED.**

January 15, 2012

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**